# THE FIERST LAW GROUP, P.C.

462 SAGAMORE AVENUE, SUITE 2, EAST WILLISTON, NEW YORK  11596

(516) 586-4221

FAX: (516) 586-8536 (NOT FOR SERVICE OF PAPERS)

Timothy J. Fierst, Esq.*
  *Admitted to Practice in New York and Connecticut

February 11, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York  10007

> APPLICATION GRANTED
> SO ORDERED *[signature]*
> VERNON S. BRODERICK
> U.S.D.J. 2/11/2026
>
> This Court is in receipt of the parties' settlement agreement. (Doc. 16.) Accordingly, it is hereby ORDERED that the telephonic hearing scheduled for February 13, 2026 is canceled and that this matter is discontinued. The Clerk of Court is respectfully directed to terminate this case.

Re:    *SV Produce, Inc. v. 191 Food Corp. d/b/a Fine Fare Supermarket, et. al.*
       *Case No. 1-26-cv-00413-VSB*
       *Request to Cancel Show Cause Hearing and Dissolve TRO for Settlement*

Dear Judge Broderick:

This law firm represents the plaintiff, SV Produce, Inc.("SV") in connection with the above referenced action. We write to Your Honor in connection with SV's pending motion by Order to Show Cause for a Preliminary Injunction in which a Temporary Restraining Order (the "TRO") was granted and which is scheduled for a hearing by telephone on Friday, February 13, 2026 at 2 p.m. (Dkt. 15).

We are pleased to advise Your Honor that SV has reached a settlement with the principal defendants, 191 Food Corp. d/b/a Fine Fare Supermarket and Juan Diaz a/k/a Jonny Diaz (collectively, the "Defendants"). The Stipulation of Settlement has been filed with the Court under Dkt. No. 16.

To that end, it is respectfully requested that the telephone hearing scheduled for February 13, 2026 be cancelled, the TRO contained within the Order to Show Cause be dissolved in its entirety with the hope and expectation that the Defendants complete the settlement and that SV's pending motion by Order to Show Cause for a Preliminary Injunction be marked as settled.

Should Your Honor require any additional information or clarification of the above, please do not hesitate to contact me. Thank you for your courtesies and attention to this request.

Respectfully submitted,

*[signature]*

Timothy J. Fierst

TJF:me
cc:    Steven M. Kaplan, Esq. (Via Electronic Mail)